**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOHN MOORE, : No. 613 MAL 2014
:
    Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. :
:
:
:
D.E. & S. PROPERTIES, INC. T/A :
CLASSIC QUALITY HOMES, :
:
    Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.